**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN THE MATTER OF:

Theresa Hadley,

    Debtor.

Case No. 12-80787-sms

Chapter 13

---

Theresa Hadley,

    Plaintiff,

vs.

CitiMortgage, Inc.,

    Defendant.

Adv. Proc. No. 19-05254-sms

---

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Theresa Hadley and Defendant CitiMortgage, Inc., by and through their respective undersigned counsel, and pursuant to Bankr. R. 7041, hereby dismiss **WITH PREJUDICE** all claims and causes of action that were asserted in the above-referenced action.

SO STIPULATED this 22nd day of January, 2020.

| | |
|---|---|
| _/s/_ | _/s/ With Express Permission_ |
| Matthew T. Berry, GA Bar No. 055663 | Kelly E. Waits, GA Bar No. 142677 |
| BERRY & ASSOCIATES | BURR & FORMAN LLP |
| 2751 Buford Highway, NE, Suite 600 | Suite 1100, 171 Seventeenth Street, N.W. |
| Atlanta, GA 30324 | Atlanta, Georgia 30363 |
| Tel. (404) 235-3334 | Tel. (404) 815-3000 |
| Email: matt@mattberry.com | Email: kwaits@burr.com |
| *Attorney for Debtor/Plaintiff* | *Attorney for Defendant, CitiMortgage, Inc.* |

## **CERTIFICATE OF SERVICE**

      This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Avenue NE, Suite 1600
Atlanta, Georgia 30303

Theresa Hadley
2648 Lancaster Drive
East Point, Georgia 30344

CitiMortgage, Inc.
c/o Kelly E. Waits, Esq.
BURR & FORMAN LLP
Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia 30363

This 22nd day of January, 2020.

                                                   /s/
                                      Matthew T. Berry, GA Bar No. 055663
                                      Attorney for the Debtor/Plaintiff

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300